# United States Court of Appeals for the Federal Circuit

---

February 23, 2011

## ERRATA

---

2010-1227

ABB INC. AND ABB HOLDINGS, INC.,
*Plaintiffs-Appellants,*

**v.**

COOPER INDUSTRIES, LLC AND
COOPER POWER SYSTEMS, INC.,
*Defendants-Appellees.*

---

Decided February 17, 2011
Precedential Opinion

---

Please make the following change:

Page 1, correct decision date "February 17, 2010" to "February 17, 2011"